**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**U.S. COURTHOUSE, ROOM G8**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

ATTEMPTED NOT KNOWN

Andy
0605
Atascadero State Hospital
PO Box 7001
Atascadero CA 93423-7001
US

2:06-cv-2667 GPS(Ex)



APR 9 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

RETURN TO SENDER - REASON CHECKED
  Unclaimed    Refused
  Attempted Delivery Not Known
  No Such Name ✓   No Such Office
    Insufficient Address
  DO NOT MAIL THIS ENVELOPE



RECEIVED
CLERK U.S. DISTRICT COURT
MAR 30 2012
CENTRAL DISTRICT OF CALIFORNIA



Date Transmitted:       3/15/2012 11:23:41 AM

2:06-cv-02667   Doc: 258

Andy  Sessions
060527-9
Atascadero State Hospital
PO Box 7001
Atascadero CA 93423-7001
US

Number of Pages:        2

*It is hereby certified that this document was served by first class mail postage prepaid or by fax or e-mail delivery to counsel (or parties) at their respective address or fax number or e-mail address of record.*

```
MIME-Version:1.0
From:cacd_ecfmail@cacd.uscourts.gov
To:ecfnef@cacd.uscourts.gov
Message-Id:
Subject:Activity in Case 2:06-cv-02667-GPS-E United States o
f America v. State of California et al USCA Order
Content-Type: text/html
```

This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
Notice of Electronic Filing

The following transaction was entered on 3/15/2012 at 11:16 AM PDT and filed
on 3/13/2012

Case Name:
United States of America v. State of California et al

Case Number:2:06-cv-02667-GPS-E

Filer:
WARNING: CASE CLOSED on 01/17/2008

Document Number:

```
<a href=https://ecf.cacd.uscourts.gov/doc1/031114180259?case
id=367862&de_seq_num=958&magic_num=MAGIC&pdf_toggle_possible
```

Docket Text:

ORDER from 9th CCA filed re: Notice of Appeal to 9th Circuit Court of Appeals
[103] filed by Daniel Trebas CCA # 11-57098. The motion to proceed in forma
pauperis is granted. The Clerk shall amend the docket to reflect this status.
Appellee State of California's opposed motion to file a late response
to appellant's emergency motion for a preliminary injunction is granted.
The response is deemed filed. Appellant's emergency motion for a preliminary
injunction is denied. Because appellant is proceeding without counsel, the
excerpts of record requirement is waived. See 9th Cir. R. 30-1.2. Appellees'
supplemental excerpts of record are limited to the district court docket
sheet, the notice of appeal, the judgment or order appealed from, and any
specific portions of the record cited in appellees' brief. See 9th
Cir. R. 30-1.7.The briefing schedule established previously shall remain
in effect. Order received in this district on 3/13/2012. (dmap)

2:06-cv-02667-GPS-E Notice has been electronically mailed to:


Matthew Donnelly          matthew.donnelly@usdoj.gov

Debra Wong Yang           dwongyang@gibsondunn.com

George Dey Prince         george.prince@doj.ca.gov

Jennifer M Kim            jennifer.kim@doj.ca.gov, jin.nam@doj.ca.gov

Janet E Burns             yesenia.caro@doj.ca.gov, janet.burns@doj.ca.gov, jin.nam@doj.ca.gov

Howard F Daniels          howard.daniels@usdoj.gov

Terrence M Jones          terrence.jones@usdoj.gov, louisa.lin@usdoj.gov, usacac.civil@usdoj.gov


2:06-cv-02667-GPS-E Notice has been delivered by First Class U. S. Mail or by other means to: :


Tracey L Angelopoulos
California Department of Justice
CAAG - Office of the Attorney General
110 West A Street, Suite 1100
San Diego CA 92101


Jacqueline J Cuncannan
Civil Rights Division
United States Department of Justice
950 Pennsylvania Avenue, Northwest
Washington DC 20035
US

Benjamin O Tayloe

Civil Rights Division
United States Department of Justice
950 Pennsylvania Avenue, Northwest
Washington DC 20035
US

Mark S Sokolsky
CO-000459-8
Coalinga State Hospital
24511 West Jayne Avenue
P O Box 5003
Coalinga CA 93210-5003


Vadim Stanley Mieseges
AT 052733-3 Unit-IX
c/o Atascadero State Hospital
10333 El Camino Real Bvd
P.O. Box 7001
Atascadero CA 93423-7001
US

Juan Daniel Chavez
059308-7
c/o Atascadero State Hospital
PO Box 7001
Atascadero CA 93423-7001
US

George  Bell
061467-8
Atascadero State Hospital
PO Box 7001
Atascadero CA 93423-7001
US

George  Eden
4668848
Atascadero State Hospital
PO Box 7001
Atascadero CA 93423-7001
US

Damon  Matheny
060693-4

Atascadero State Hospital
PO Box 7001
Atascadero CA 93423-7001
US

Eddie Cassidy
060485-0
Atascadero State Hospital
PO Box 7001
Atascadero CA 93423-7001
US

Orrin A Patrick
056233-6
Atascadero State Hospital
PO Box 7001
Atascadero CA 93423-7001
US

Harold Hines
060726-7
Atascadero State Hospital
PO Box 7001
Atascadero CA 93423-7001
US

Juan Gutierrez
061263-0
Atascadero State Hospital
PO Box 7001
Atascadero CA 93423-7001
US

Paul Thurman
061447-9
Atascadero State Hospital
PO Box 7001
Atascadero CA 93423-7001
US

David Guzman
059335-0
Atascadero State Hospital
PO Box 7001
Atascadero CA 93423-7001

Victor Alvarez
060349-8
Atascadero State Hospital
PO Box 7001
Atascadero CA 93423-7001
US

Arthur Arrellanes
061267-1
Atascadero State Hospital
PO Box 7001
Atascadero CA 93423-7001
US

S Henderson
059718-7
Atascadero State Hospital
PO Box 7001
Atascadero CA 93423-7001
US

Ray Delong
055492-3
Atascadero State Hospital
PO Box 7001
Atascadero CA 93423-7001
US

Brian Colombein
060015-5
Atascadero State Hospital
PO Box 7001
Atascadero CA 93423-7001
US

Keith Law
059893-8
Atascadero State Hospital
PO Box 7001
Atascadero CA 93423-7001
US

Luis Garcia

Atascadero State Hospital
PO Box 7001
Atascadero CA 93423-7001
US

Gary Ramirez
059858-1
Atascadero State Hospital
PO Box 7001
Atascadero CA 93423-7001
US

R Phillips
057422-3
Atascadero State Hospital
PO Box 7001
Atascadero CA 93423-7001
US

Jerry Eates
0591127-5
Atascadero State Hospital
PO Box 7001
Atascadero CA 93423-7001
US

John Lowe
059571-4
Atascadero State Hospital
PO Box 7001
Atascadero CA 93423-7001
US

Richard Cortez
060817
Atascadero State Hospital
PO Box 7001
Atascadero CA 93423-7001
US

Daniel Tigner
060701-0
Atascadero State Hospital
PO Box 7001

Michael Hamilton
060829-9
Atascadero State Hospital
PO Box 7001
Atascadero CA 93423-7001
US

Donald Casnell
060924-8
Atascadero State Hospital
PO Box 7001
Atascadero CA 93423-7001
US

Julio Flores
057736-1
Atascadero State Hospital
PO Box 7001
Atascadero CA 93423-7001
US

Ernest Aguire
058612-3
Atascadero State Hospital
PO Box 7001
Atascadero CA 93423-7001
US

Jose Avalos
059926-6
Atascadero State Hospital
PO Box 7001
Atascadero CA 93423-7001
US

Eduardo Castanon
058697-4
Atascadero State Hospital
PO Box 7001
Atascadero CA 93423-7001
US

Paul Gazaway
059995-1
Atascadero State Hospital
PO Box 7001
Atascadero CA 93423-7001
US

Michael McGee
060296-1
Atascadero State Hospital
PO Box 7001
Atascadero CA 93423-7001
US

Samuel Turner
061270-5
Atascadero State Hospital
PO Box 7001
Atascadero CA 93423-7001
US

Sean Greenshields
061437-0
Atascadero State Hospital
PO Box 7001
Atascadero CA 93423-7001
US

Warren Lanker
060281-3
Atascadero State Hospital
PO Box 7001
Atascadero CA 93423-7001
US

Tod Koep
061126-9
Atascadero State Hospital
PO Box 7001
Atascadero CA 93423-7001
US

Michael Lanning
061403-2
Atascadero State Hospital

PO Box 7001
Atascadero CA 93423-7001
US

Neil Core
061401-6
Atascadero State Hospital
PO Box 7001
Atascadero CA 93423-7001
US

Jose Ampriz
061334-7
Atascadero State Hospital
PO Box 7001
Atascadero CA 93423-7001
US

Wayne Bishop
061547-6
Atascadero State Hospital
PO Box 7001
Atascadero CA 93423-7001
US

Dan Sloria
058857-4
Atascadero State Hospital
PO Box 7001
Atascadero CA 93423-7001
US

C Edwards
060986-7
Atascadero State Hospital
PO Box 7001
Atascadero CA 93423-7001
US

William Curtis
061555-9
Atascadero State Hospital
PO Box 7001
Atascadero CA 93423-7001
US

**FILED**

## UNITED STATES COURT OF APPEALS

### FOR THE NINTH CIRCUIT

MAR 13 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-57098 |
| Plaintiff - Appellee, | D.C. No. 2:06-cv-02667-GPS-E<br>Central District of California,<br>Los Angeles |
| v. | |
| STATE OF CALIFORNIA, | ORDER |
| Defendant - Appellee, | |
| v. | |
| DANIEL JAMES TREBAS, | |
| Movant - Appellant. | |



Before: GRABER and N.R. SMITH, Circuit Judges.

The motion to proceed in forma pauperis is granted. The Clerk shall amend the docket to reflect this status.

Appellee State of California's opposed motion to file a late response to appellant's emergency motion for a preliminary injunction is granted. The response is deemed filed.

Appellant's emergency motion for a preliminary injunction is denied.

LSC/MOATT

Because appellant is proceeding without counsel, the excerpts of record requirement is waived. *See* 9th Cir. R. 30-1.2. Appellees' supplemental excerpts of record are limited to the district court docket sheet, the notice of appeal, the judgment or order appealed from, and any specific portions of the record cited in appellees' brief. *See* 9th Cir. R. 30-1.7.

The briefing schedule established previously shall remain in effect.